# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY J. SOUTHERLAND, | Case No.: 2:24-cv-00433-TLN-CKD |
| Plaintiff, | Hon. Troy L. Nunley |
| v. | **ORDER FOR DISMISSAL OF FUTURE FORD LINCOLN OF ROSEVILLE ONLY** |
| FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive | |
| Defendant. | |

## ORDER FOR DISMISSAL FUTURE FORD LINCOLN OF ROSEVILLE ONLY

It is hereby ORDERED the defendant FUTURE FORD LINCOLN OF ROSEVILLE is DISMISSED WITH PREJUDICE.

Date: October 4, 2024

_____

Troy L. Nunley
Chief United States District Judge