# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SOUTHERLAND, | Case No. 2:24-cv-00433-TLN-CKD |
| Plaintiff, | Hon. Troy L. Nunley |
| v. | **JUDGMENT** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff CODY SOUTHERLAND ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 September 27, 2024.

The issue of Plaintiff's attorneys' fees, costs, and expenses remains outstanding. Plaintiff's attorneys will meet and confer their fees, costs, and expenses with hopes of resolving within 30 days.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $96,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: October 4, 2024

_____
Troy L. Nunley
Chief United States District Judge