UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY J. SOUTHERLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No.: 2:24-cv-00433-TLN-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

　　On November 4, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

　　The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from November 4, 2024 to January 6, 2025; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

　　IT IS SO ORDERED.

Dated:  November 4, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

-1-