UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CODY J. SOUTHERLAND,

    Plaintiff,

v.

FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,

    Defendants.

Case No.: 2:24-cv-00433-TLN-CKD

**ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES**

On December 30, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from January 6, 2025 to February 14, 2025; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: January 2, 2025

_____
Troy L. Nunley
Chief United States District Judge