UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY SOUTHERLAND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY; FUTURE FORD LINCOLN OF ROSEVILLE; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00433-TLN-CKD<br><br>Hon. Troy L. Nunley<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff CODY SOUTHERLAND ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $16,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

　　Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $16,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by April 7, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

　　**IT IS SO ORDERED.**

Date: February 14, 2025

_____
Troy L. Nunley
Chief United States District Judge

1
**ORDER**